O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO HERRERA,<br><br>　　　　Petitioner,<br>　　vs.<br>RANDY GROUNDS, Warden,<br>　　　　Respondent. | Case No. CV 12-6997-JSL (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment dismissing the Petition with prejudice.

Dated: ___April 16, 2014____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE