JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO HERRERA,<br><br>    Petitioner,<br>vs.<br>RANDY GROUNDS, Warden,<br>    Respondent. | Case No. CV 12-6997-JSL (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: ___April 16, 2014___

                                                             J. SPENCER LETTS<br>
                                                             UNITED STATES DISTRICT JUDGE